IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SHOMARI STATEN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:19-CV-843-L-BN** |
| | § | |
| **CITY OF DALLAS; THE DALLAS** | § | |
| **POLICE  DEPARTMENT; BRYAN** | § | |
| **RODEN; WILLIAM MCDONALD;** | § | |
| **LEQUITA GARRETT; TU NGUYEN;** | § | |
| **JERRY THOMPSON; RYAN LOWMAN;** | § | |
| **BOZ ROJAS; DAN COLLINS;** | § | |
| **ED ANAYA; GREG FREGEAU;** | § | |
| **JOSHUA SHIPP; JERRI ROWE; and** | § | |
| **NICHOLAS STOLARZYK,** | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

On July 21, 2021, the Findings, Conclusions and Recommendation of the United States

Magistrate Judge ("Report") (Doc. 71) was entered, recommending that the court grant the Motion

for Summary Judgment Based on Qualified Immunity (Doc. 51), filed on June 26, 2021, by  Officers

Ryan Lowman, Tu Nguyen, and Jerry Thompson.[1]  The magistrate judge further recommended that

the claims against these Defendants be dismissed with prejudice.  No objections to the Report were

filed within 14 days after the date of the Report as allowed by Federal Rule of Civil Procedure

72(b)(2) and 28 U.S.C. § 636(b)(1)(C).

---

[1] Except for the City of Dallas, all other Defendants in this action have been dismissed via separate orders or agreement.  *See* Docs. 22, 47, 50, 51.

**Order – Page 1**

Having considered the motion, summary judgment record, file, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court.  Accordingly, the court **grants** the Motion for Summary Judgment Based on Qualified Immunity (Doc. 51) and **dismisses with prejudice** all claims by Plaintiff against Officers Lowman, Nguyen, and Thompson.[2]  As a result of this order, only Plaintiff's claims against the City of Dallas alleged in Plaintiff's Second Amended Complaint (Doc. 28) remain.

**It is so ordered** this 11th day of August, 2021.


Sam A. Lindsay
United States District Judge

---

[2] Pursuant to 42 U.S.C. § 1983, Plaintiff sued Officers Lowman, Nguyen, and Thompson for unlawful seizure of a person and excessive force.  Plaintiff also asserted a retaliation claim under section 1983 against Officers Thompson and Lowman.

**Order – Page 2**

**Order – Page 3**