IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHOMARI STATEN, | § | |
|   Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 3:19-cv-843-L-BN |
| | § | |
| CITY OF DALLAS, | § | |
|   Defendant. | § | |

**WITHDRAW OF APPEARANCE**

TO THE PROTHONOTARY:

Kindly withdraw my appearance on behalf of the Plaintiff in the above-captioned matter.

upon payment of your costs only.

Respectfully submitted,

/s/ S. Lee Merritt_____
S. Lee Merritt
State Bar No. PA 314891
MERRITT LAW FIRM, LLC
1910 Pacific Ave., Suite 11500
Dallas, Texas 75201
 888-647-3041
Lee@leemerrittesq.com